IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABELARDO VELA, JR.,** | C 05-1465 PJH |
| Petitioner, | **[HABEAS CORPUS;** |
| | **28 U.S.C. § 2254]** |
| v. | |
| | [~~PROPOSED~~] **ORDER** |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing a response to the petition for writ of habeas corpus is extended to and including July 12, 2005.

DATED: June 10, 2005

_____
PHYLLIS J. HAMILTON
United States District Court Judge

[Proposed] Order - *Vela v. Knowles* - C 05-1465 PJH

1