UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABELARDO VELA, JR.,

    Petitioner,

v.

MIKE KNOWLES, Warden,

    Respondent.
_____/

No. C 05-1465 PJH

**JUDGMENT**

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

    IT IS SO ORDERED AND ADJUDGED.

Dated: February 21, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge