**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABELARDO VELA, JR.,

    Petitioner,

No. C 05-1465 PJH

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**

    v.

MIKE KNOWLES, Warden,

    Respondent.
_____/

This is a habeas case filed by a state prisoner under 28 U.S.C. § 2254. On February 21, 2006, this court denied Vela's petition on the merits. On March 20, 2006, Vela filed a notice of appeal.

To obtain a certificate of appealability, Vela must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Section 2253(c)(3) requires a court granting a COA to indicate which specific issue or issues satisfy the COA standard.

This court finds that the issue raised by Vela – whether his counsel's failure to file a motion to suppress constituted ineffective assistance of counsel – meets the

above standard and accordingly GRANTS the COA as to that issue. *See generally Miller-El v. Cockrell*, 537 U.S. 322 (2003).

Accordingly, the clerk shall forward the file, including a copy of this order, to the Court of Appeals. *See* Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated:   March 21, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

2